AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

Southern District of New York

Wah Koon NG

V.

Michael Chertoff, Emilio Gonzalez, Mary Ann Gantner

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**08 CV 0397**

TO: (Name and address of Defendant)

Michael Chertoff
Secretary of Department of Homeland Security
Office of the General Counsel
U.S. Department of Homeland Security
Washington, D.C. 20528

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Theodore Cox
401 Broadway #701
New York, NY 10013

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

JAN 1 5 2008

J. MICHAEL McMAHON

CLERK                                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 1/15/08 |
| NAME OF SERVER (PRINT) Zu Wei Cheuk | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served by Certified Mail.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    1/15/08
           Date

*Signature of Server*

401 Broadway, Suite 701
New York, NY 10013
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

Wah Koon NG

V.

Michael Chertoff, Emilio Gonzalez, Mary Ann Gantner

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**08 CV 0397**

TO: (Name and address of Defendant)

Emilio T. Gonzalez
Director of U.S. Citizenship & Immigration Services
Office of the General Counsel
U.S. Department of Homeland Security
Washington, D.C. 20528

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Theodore Cox
401 Broadway #701
New York, NY 10013

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                              JAN 15 2008

CLERK                                            DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

### RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 1/15/08 |
| NAME OF SERVER *(PRINT)* Zin Wei Cheuk | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served by Certified Mail.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/15/08
         Date

*Signature of Server*

401 Broadway, Suite 701
New York, NY 10013
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_Southern_ District of _New York_

Wah Koon NG

V.

Michael Chertoff, Emilio Gonzalez, Mary Ann Gantner

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**08 CV 0397**

_JUDGE CROTTY_

TO: (Name and address of Defendant)

Mary Ann Gantner
New York District Director
Office of the General Counsel
U.S. Department of Homeland Security
Washington, D.C. 20528

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Theodore Cox
401 Broadway #701
New York, NY 10013

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    JAN 1 5 2008

CLERK _[signature]_                                    DATE

(By) DEPUTY CLERK

⍟AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 1/15/08 |
| NAME OF SERVER *(PRINT)* Zu Wei Cheuk | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):  Served by Certified Mail

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   1/15/08     *[signature]*
             Date            Signature of Server

401 Broadway, Suite 701
New York, NY 10013
        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## CERTIFICATE OF SERVICE

On January 15, 2008, I, Zu Wei Cheuk, being over 18 years of age and not a party to the action, placed a true copy of the following documents:

- Summons and Complaint

in a secure envelope and mailed the same in a receptacle of the United States Postal Service to the following address by CERTIFIED MAIL:

Michael Mukasey      7001 2510 0000 1225 0923
Attorney General
950 Pennsylvania Avenue, NW
Washington, DC 20528

Michael Chertoff      7001 2510 0000 1225 0930
Secretary of Department of Homeland Security
Office of the General Counsel
U.S. Department of Homeland Security
Washington, D.C. 20528

Mary Ann Gantner      7001 2510 0000 1225 0954
New York District Director
Office of the General Counsel
U.S. Department of Homeland Security
Washington, D.C. 20528

Emilio T. Gonzalez      7001 2510 0000 1225 0947
Director of U.S. Citizenship & Immigration Services
Office of the General Counsel
U.S. Department of Homeland Security
Washington, D.C. 20528

U.S. Attorney's Office      7001 2510 0000 1225 0961
Southern District of New York
Southern District
86 Chambers Street
New York, NY 10007

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 15, 2008 at New York, New York.

Zu Wei Cheuk