UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
WAH KOON NG,

               Plaintiff,           **ECF CASE**

   v.

                                               08 Civ. 397 (PAC)

MICHAEL CHERTOFF, et al.,

              Defendants.         <u>NOTICE OF APPEARANCE</u>
------------------------------------------------------------ x

TO:    Clerk of Court
         United States District Court
         Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
          January 30, 2008

                                               Respectfully submitted,

                                               MICHAEL J. GARCIA
                                               United States Attorney for the
                                               Southern District of New York

                                By:    /s/_____
                                               NATASHA OELTJEN
                                               Assistant United States Attorney
                                               86 Chambers Street, 3rd Floor
                                               New York, New York 10007
                                               Telephone: (212) 637-2769
                                               Facsimile: (212) 637-2786
                                               Email: natalia.oeltjen@usdoj.gov

TO:    Theodore Cox, Esq.
         401 Broadway, Suite 701
         New York, NY 10013