CROTTY/J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORIGINAL

WAH KOON NG (A76-188-057),

          Plaintiff,

- against -

MICHAEL CHERTOFF, Secretary, Department of
Homeland Security; EMILIO T. GONZALEZ,
Director, U.S. Citizenship & Immigration Services;
ANDREA J. QUARANTILLO, Director, USCIS
New York District,

          Defendants.

Dkt. No. 08 Civ. 0397 (PAC)

Stipulation + Order

STIPULATION AND ORDER
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 1 8 2008

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the time period for the Defendant to answer, move, or otherwise respond to the above-captioned complaint be extended for 30 days, until April 16, 2008.

New York, New York
March 13, 2008

THEODORE N. COX
Attorney for Petitioner

Theodore N. Cox, Esq.
401 Broadway, Suite 701
New York, New York 10013
Tel.  (212) 925-1208
Fax  (212) 624-0232

New York, New York
March 11, 2008

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Respondent

Natasha Oeltjen, Esq.
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.  (212) 637-2769
Fax  (212) 637-2786

SO ORDERED: MAR 1 8 2008

Hon. Paul A. Crotty
United States District Judge

TOTAL P.02