UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 0 1 2008

ORIGINAL

WAH KOON NG (A76-188-057),

　　　　　　Plaintiff,

- against -

MICHAEL CHERTOFF, Secretary, Department of
Homeland Security; EMILIO T. GONZALEZ,
Director, U.S. Citizenship & Immigration Services;
ANDREA J. QUARANTILLO, Director, USCIS
New York District,

　　　　　　Defendants.

Dkt. No. 08 Civ. 0397 (PAC)

**STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the above-captioned action is dismissed with prejudice and without costs or attorney's fees to any party.

New York, New York
March 26, 2008

THEODORE N. COX
Attorney for Petitioner

_____
Theodore N. Cox, Esq.
401 Broadway, Suite 701
New York, New York 10013
Tel.　(212) 925-1208
Fax　(212) 624-0232

New York, New York
March 28, 2008

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Respondent

_____
Natasha Oeltjen, Esq.
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.　(212) 637-2769
Fax　(212) 637-2786

SO ORDERED: APR 0 1 2008

_____
Hon. Paul A. Crotty
United States District Judge

TOTAL P.03